UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FRAZANEH JAZAYERI,                    :        20-Cv-8845 (SHS)

                Plaintiff,          :        <u>ORDER</u>

       -v-                        :

THE EMIRATES GROUP, *ET AL.*,          :

            Defendants.        :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial teleconference having been held on January 13, 2021, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.     The next pretrial conference is scheduled for March 31, 2021; and

      2.     This matter will be referred to the Court annexed mediation. The mediation shall be completed on or before March 31, 2021.

Dated: New York, New York
       January 19, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.