UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| FRAZANEH JAZAYERI, | : | 20-Cv-8845 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| THE EMIRATES GROUP, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the first mediation conference having been adjourned to April 22, 2021 (*see* ECF entry on March 5, 2021),

    IT IS HEREBY ORDERED that the conference scheduled for March 31, 2021, at 10:00 a.m. is adjourned to May 21, 2021, at 10:00 a.m.

Dated: New York, New York
         March 30, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.