UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| FRAZANEH JAZAYERI, | : | 20-Cv-8845 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| THE EMIRATES GROUP, *ET AL.*, | : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the first mediation conference having been adjourned to June 23, 2021 (*see* ECF entry dated March 14, 2021),

IT IS HEREBY ORDERED that the conference scheduled for May 21, 2021, at 10:00 a.m. is adjourned to June 25, 2021, at 10:30 a.m.

Dated: New York, New York
May 17, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.